IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00307-BNB

DELAREE ROSS,

    Plaintiff,

v.

DETECTIVE GILLIT,

    Defendant.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Judge Robert E. Blackburn and to Magistrate Judge Kristin L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to pursuant to Judge Robert E. Blackburn and to Magistrate Judge Kristin L. Mix pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED February 25, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge