IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00307-REB-KLM

DELAREE ROSS,

    Plaintiff,

v.

DETECTIVE GILLIT,

    Defendant.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#38][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#38-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 16, 2014

---

[1] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.