IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00307-REB-KLM

DELAREE ROSS,

    Plaintiff,

v.

DETECTIVE GILLIT,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement and Unopposed Motion to Vacate Pre-Trial Conference and Trial** [#75][1] and Judge Blackburn's Minute Order [#76] ordering the parties to file dismissal papers on or before March 16, 2015.

    IT IS HEREBY **ORDERED** that Defendant's Motion for Summary Judgment [#52], Plaintiff's Cross-Motion for Summary Judgement [sic] [#57], and Plaintiff's Motion for Cross-Summary Judgement [sic] [#68] are **DENIED as moot**.

    Dated: February 17, 2015

---

[1] "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.