## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 14-cv-00307-REB-KLM

DELAREE ROSS,

    Plaintiff,

v.

DETECTIVE GILLIT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulated Motion To Dismiss with Prejudice** [#78],[1] filed February 23, 2015. After careful review of the motion and file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion To Dismiss with Prejudice** [#78], filed February 23, 2015, is **GRANTED**;

2. That all extant pretrial deadlines are **VACATED**;

3. That the combined Final Pretrial Conference and Trial Preparation Conference set March 13, 2015, at 10:00 a.m., and the jury trial set to commence March 30, 2015, are **VACATED**;

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That all pending motions, including but not limited to (a) **Defendant's Motion To Continue Pre-Trial Conference and Jury Trial** [#74], filed January 21, 2015; and (b) the parties' **Notice of Settlement and Unopposed Motion To Vacate Pre-Trial Conference and Trial** [#75], filed February 10, 2015, are **DENIED AS MOOT**; and

5. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated February 23, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge